JS-6

1  Chia-li Bruce (SBN 252876)
   cshih@BruceStone.us
2  BRUCE STONE LLP
   425 Market Street, Suite 2200
3  San Francisco, CA 94105
   Telephone: (415) 230-4343
4  Facsimile: (415) 236-6060

5  Aarti Wilson (SBN 255523)
   Willenken Wilson Loh & Delgado LLP
6  707 Wilshire Blvd., Suite 3850
   Los Angeles, CA 90017
7  Telephone: (213) 955-9240
   Facsimile: (213) 955-9250
8  Email: awilson@willenken.com

9  Attorneys for Plaintiffs
   King Sheng Co., Ltd. & Mr. David Tsai

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING SHENG CO., LTD., a Taiwan corporation; and Mr. DAVID TSAI, an individual,<br><br>Plaintiffs,<br>v.<br>CURT MANUFACTURING, LLC a Delaware Limited Liability Company,<br>Defendant.<br><br>———————————————<br><br>CURT MANUFACTURING, LLC a Delaware Limited Liability Company,<br>Counter-Claimant,<br>v.<br>KING SHENG CO., LTD. a Taiwan corporation, ; and Mr. DAVID TSAI, an individual,<br>Counter-Defendant. | Case No.: 2:16-cv-03244 GW (MRWx)<br><br>STIPULATED DISMISSAL WITH PREJUDICE; AND ORDER |

1

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Counterclaim
2  Defendants King Sheng Co. Ltd. and Mr. David Tsai and Defendant and
3  Counterclaim Plaintiff CURT Manufacturing, LLC hereby stipulate to dismissal
4  of the action in its entirety, with prejudice. Each Party is solely responsible for
5  the attorneys' fees and costs it has incurred to date.
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED 11/23/2016

_Chiali S. Bruce_
Chiali S. Bruce
Attorneys for Plaintiff

DATED: Nov 23 2016

_Jeffrey D. Shewchuk_
Jeffrey D. Shewchuk
Attorneys for Defendant

SO ORDERED.

DATED: November 28, 2016

_George H. Wu_
Hon. George Wu
United States District Judge